ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ERIKA JOHNSON-BROOKS
Assistant United States Attorney
California Bar Number 210908
KATHLEEN R. UNGER
Assistant United States Attorney
California Bar Number 272279
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-0474/8341
    Facsimile:  (213) 894-7819
    E-mail:    erika.johnson@usdoj.gov
                  kathleen.unger@usdoj.gov

Attorneys for Defendant
United States of America

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MARILYN CROW JOHNSON,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>        Defendants. | No. CV 12-9051 GAF (JEMx)<br><br>JUDGMENT<br><br><br>Hon. Gary A. Feess |

1  In accordance with the Court's Order Re: Motion for Summary Judgment, filed
2  on March 14, 2014 (Docket No. 40), in which the Court granted Defendant United
3  States of America's motion for summary judgment (Docket No. 37) as to Plaintiff
4  Marilyn Crow Johnson's sole claim for negligence against Defendant,
5  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be
6  entered in favor of Defendant and against Plaintiff, who shall take nothing by this case.
7  Defendant is entitled to recover its costs of suit from Plaintiff.

Dated: March 20, 2014

_____
Honorable Gary A. Feess
UNITED STATES DISTRICT COURT JUDGE